# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ DEWAYNE SMITH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DR. KHANDOROVA, et al.,<br><br>　　　　　　Defendants. | 1:15-cv-00073-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 16, 2015.  Plaintiff also filed an application to proceed in forma pauperis.  The application was incomplete.  Plaintiff indicated that he had received money from a business, profession or other self-employment over the last twelve months, but he failed to describe the source of money, the amount received and what he expected to continue to receive.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Within forty-five days from service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

　　　　2.　　No extension of time will be granted without a showing of good cause; and

　　　　3.　　The failure to comply with this order will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

　　Dated:　　**January 23, 2015**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1